SHEET METAL WORKERS' INTERNATIONAL UNION,
LOCAL No. 40 *v.* CAPITOL VENTILATING COMPANY

It appearing that the defendant in the above-entitled case has failed to prosecute its appeal from the Court of Common Pleas in Hartford County, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the case be and hereby is dismissed.

*Arthur M. Nassau,* for the appellant (defendant).

*J. Daniel Sagarin,* for the appellee (plaintiff).

Argued February 5—decided February 5, 1974

STATE OF CONNECTICUT *v.* EDWARD MALLEY, JR.

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in New Haven County at Waterbury, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the case be and hereby is dismissed.

*J. Daniel Sagarin,* for the appellant (defendant).

*Francis M. McDonald,* state's attorney, for the appellee (state).